UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| In re: MERRITT, YVETTE R | § Case No. 09-14524 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 01, 2009. The undersigned trustee was appointed on October 02, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          4,195.19

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 2,568.25 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $          1,626.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 04/26/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $406.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $406.74, for a total compensation of $406.74. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $80.47, for total expenses of $80.47.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2010     By: /s/Yvette Gaff Kleven
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-14524  
**Case Name:** MERRITT, YVETTE R

**Period Ending:** 06/24/10

**Trustee:** (340340)  Yvette Gaff Kleven, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 10/01/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 04/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5405 Welch Valley Ave., Las Vegas, NV | 377,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Arizona Credit Union | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Furniture | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | CUNA Term | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Tax Refunds (u) | 0.00 | 1,626.75 | | 1,626.75 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.19 | Unknown |
| 7 | Assets    Totals (Excluding unknown values) | $378,600.00 | $1,626.75 | | $1,626.94 | $0.00 |

**Major Activities Affecting Case Closing:**

    TFR to UST 6/25/10; after Report is filed, send out notice of same.

**Initial Projected Date Of Final Report (TFR):**    December 12, 2010        **Current Projected Date Of Final Report (TFR):**    June 25, 2010  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-14524 | **Trustee:** | Yvette Gaff Kleven, Chapter 7 Trustee (340340) | |
| **Case Name:** | MERRITT, YVETTE R | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******33-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***8215 | **Blanket Bond:** | $119,058,755.00 (per case limit) | |
| **Period Ending:** | 06/24/10 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/10 | | UNITED STATES TREASURY | 2009 FEDERAL INCOME TAX REFUND CHECK | | 4,195.00 | | 4,195.00 |
| | {6} | | PRE-PETITION PORTION    1,626.75 | 1224-000 | | | 4,195.00 |
| | | | POST-PETITION PORTION   2,568.25 | 1280-000 | | | 4,195.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 4,195.03 |
| 05/18/10 | | To Account #9200******3366 | TRANSFER TO PAY DEBTOR THE POST-PETITION PORTION OF SURRENDERED INCOME TAX REFUND MONIES | 9999-000 | | 2,568.25 | 1,626.78 |
| 05/25/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.16 | | 1,626.94 |
| 05/25/10 | | To Account #9200******3366 | CLOSE FOR TFR | 9999-000 | | 1,626.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,195.19** | **4,195.19** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 4,195.19 | |
| | | | **Subtotal** | | **4,195.19** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,195.19** | **$0.00** | |

{} Asset reference(s)

Printed: 06/24/2010 01:08 PM    V.12.06

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-14524 | | **Trustee:** | Yvette Gaff Kleven, Chapter 7 Trustee (340340) |
| **Case Name:** | MERRITT, YVETTE R | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******33-66 - Checking Account |
| **Taxpayer ID #:** | **-***8215 | | **Blanket Bond:** | $119,058,755.00   (per case limit) |
| **Period Ending:** | 06/24/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | From Account #9200******3365 | TRANSFER TO PAY DEBTOR THE POST-PETITION PORTION OF SURRENDERED INCOME TAX REFUND MONIES | 9999-000 | 2,568.25 | | 2,568.25 |
| 05/18/10 | 101 | YVETTE MERRITT | POST-PETITION PORTION OF SURRENDERED INCOME TAX REFUND MONIES | 8500-002 | | 2,568.25 | 0.00 |
| 05/25/10 | | From Account #9200******3365 | CLOSE FOR TFR | 9999-000 | 1,626.94 | | 1,626.94 |
| | | | **ACCOUNT TOTALS** | | **4,195.19** | **2,568.25** | **$1,626.94** |
| | | | Less: Bank Transfers | | 4,195.19 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,568.25** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,568.25** | |

Net Receipts :           4,195.19
Less Other Noncompensable Items :           2,568.25
Net Estate :           $1,626.94

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******33-65** | 4,195.19 | 0.00 | 0.00 |
| **Checking # 9200-******33-66** | 0.00 | 2,568.25 | 1,626.94 |
| | **$4,195.19** | **$2,568.25** | **$1,626.94** |

Printed: 06/24/10 01:08 PM

# Exhibit C - Analysis of Claims Register

Page: 1

Case:  09-14524    MERRITT, YVETTE R

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
|  | 10/01/09 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>HARRISON PROFESSIONAL CENTER<br>927 South Harrison Street<br>Fort Wayne, IN 46802<br><2100-00  Trustee Compensation> | 406.74 | 406.74 | 0.00 | 406.74 | 406.74 |
|  | 10/01/09 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>HARRISON PROFESSIONAL CENTER<br>927 South Harrison Street<br>Fort Wayne, IN 46802<br><2200-00  Trustee Expenses> | 80.47 | 80.47 | 0.00 | 80.47 | 80.47 |
|  | | | Total for Priority 200:    100% Paid | $487.21 | $487.21 | $0.00 | $487.21 | $487.21 |
|  | | | Total for Admin Ch. 7 Claims: | $487.21 | $487.21 | $0.00 | $487.21 | $487.21 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/01/10 | 610 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-90  Payments to Unsecured Credit Card Holders> | 544.02 | 544.02 | 0.00 | 544.02 | 23.68 |
| 2 | 02/01/10 | 610 | PYOD LLC assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-90  Payments to Unsecured Credit Card Holders> | 5,442.79 | 5,442.79 | 0.00 | 5,442.79 | 236.91 |
| 3 -2 | 02/05/10 | 610 | Stiles Law Office<br>110 West Berry Street, Suite 1910<br>Fort Wayne, IN 46802<br><7100-00  General Unsecured § 726(a)(2)> | 500.00 | 500.00 | 0.00 | 500.00 | 21.76 |
| 4 | 02/08/10 | 610 | Community One Federal Credit Union<br>2699 N. Tenaya Way<br>Las Vegas, NV 89128<br><7100-00  General Unsecured § 726(a)(2)> | 7,740.25 | 7,740.25 | 0.00 | 7,740.25 | 336.91 |
| 5 | 02/17/10 | 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-90  Payments to Unsecured Credit Card Holders> | 2,023.17 | 2,023.17 | 0.00 | 2,023.17 | 88.06 |
| 6 | 02/17/10 | 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-90  Payments to Unsecured Credit Card Holders> | 4,581.48 | 4,581.48 | 0.00 | 4,581.48 | 199.42 |

| Printed: 06/24/10 01:08 PM | | | **Exhibit C - Analysis of Claims Register** | | | | Page: 2 |
|---|---|---|---|---|---|---|---|
| | | | **Case: 09-14524    MERRITT, YVETTE R** | | | | |

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 03/16/10 | 610 | Fia Card Services/Bank of America<br>by American Infosource LP<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>\<7100-90   Payments to Unsecured Credit Card Holders\> | 5,352.90 | 5,352.90 | 0.00 | 5,352.90 | 232.99 |
| | | | **Total for Priority 610:    4.35267% Paid** | $26,184.61 | $26,184.61 | $0.00 | $26,184.61 | $1,139.73 |
| | | | **Total for Unsecured Claims:** | $26,184.61 | $26,184.61 | $0.00 | $26,184.61 | $1,139.73 |
| | | | **Total for Case :** | $26,671.82 | $26,671.82 | $0.00 | $26,671.82 | $1,626.94 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-14524
Case Name: MERRITT, YVETTE R
Trustee Name: Yvette Gaff Kleven

Claims of secured creditors will be paid as follows:

*Claimant*                                                                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Yvette Gaff Kleven, Chapter 7 Trustee | $ 406.74 | $ 80.47 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                          *Fees*                      *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,184.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC assignee of Citibank | $ 544.02 | $ 23.68 |
| 2 | PYOD LLC assignee of Citibank | $ 5,442.79 | $ 236.91 |
| 3 -2 | Stiles Law Office | $ 500.00 | $ 21.76 |
| 4 | Community One Federal Credit Union | $ 7,740.25 | $ 336.91 |
| 5 | American Express Centurion Bank | $ 2,023.17 | $ 88.06 |
| 6 | American Express Bank FSB | $ 4,581.48 | $ 199.42 |
| 7 | Fia Card Services/Bank of America | $ 5,352.90 | $ 232.99 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**